# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIMI ROSE, | : | |
|     Petitioner, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-CV-6217 |
| | : | |
| HOFFMAN INSURANCE, *et al.*, | : | |
|     Respondents. | : | |

## ORDER

AND NOW, this 4th day of January, 2021, upon consideration of Jimi Rose's Application to Proceed *In Forma Pauperis* (ECF No. 1) and his Petition for Special Relief (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. Rose's Petition for Special Relief (ECF No. 2) is **DENIED WITHOUT PREJUDICE** for the reasons stated in the Court's Memorandum.

3. The Clerk of Court shall **CLOSE** this case.

                              **BY THE COURT:**

                              /s/ Jeffrey L. Schmehl
                            **JEFFREY L. SCHMEHL, J.**