# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIMI ROSE, | : | |
|     Petitioner, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-CV-6217 |
| | : | |
| HOFFMAN INSURANCE, *et al.*, | : | |
|     Respondents. | : | |

## ORDER

AND NOW, this 1st day of March, 2021, upon consideration of Jimi Rose's Application to Proceed *In Forma Pauperis* (ECF No. 7) and his Motion for Reconsideration (ECF No. 6), it is **ORDERED** that:

1. Rose's Application to Proceed *In Forma Pauperis* (ECF No. 7) is **DENIED AS MOOT** for the reasons stated in the Court's Memorandum.

2. Rose's Motion for Reconsideration (ECF No. 6) is **DENIED** for the reasons stated in the Court's Memorandum.

                                                                     BY THE COURT:

                                                                   */s/ Jeffrey L. Schmehl*
                                                                   **Jeffrey L. Schmehl, J.**